William R. Meyer, #8-6961
Polsinelli PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com
Telephone: (303) 572-9300
Fax: (303) 572-7883
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **Ivinson Memorial Hospital**,<br><br>Plaintiff,<br><br>v.<br><br>**United Healthcare Services, Inc.** and **Optum Insight, Inc.**,<br><br>Defendants. | **Docket No. 2:26-cv-00272-KHR** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ivinson Memorial Hospital ("Plaintiff" or "Ivinson") hereby makes the following statements:

1. Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Plaintiff is a non-profit corporation incorporated in Wyoming and which maintains its principal place of business in Wyoming.

Dated this 25th day of September, 2026.

Respectfully submitted,

**POLSINELLI PC**

By: */s/William R. Meyer*
William R. Meyer